## COLLINS v. N.C. FARM BUREAU MUTUAL INS. CO.

No. 442P87.

Case below: 86 N.C. App. 376.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1987.

## DALY GROUP v. MANNING CORPORATION

No. 395P87.

Case below: 86 N.C. App. 231.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

## DRISCKELL v. BYNUM

No. 414P87.

Case below: 86 N.C. App. 231.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1987.

## MERRITT v. MERRITT

No. 435P87.

Case below: 86 N.C. App. 376.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

## NICHOLS v. WALKER

No. 484P87.

Case below: 86 N.C. App. 639.

Petition by defendant (Charles Walker) for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.